UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| SPEC MIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 99-368-CIV-FTM-19D |
| | ) | |
| SUPERMIX INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL

The above-named Defendant's respond to Plaintiff's Complaint as follows:

1. Without knowledge and therefore denied.

2. Admitted for jurisdictional purposes only.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The purported patent is invalid because the supposed invention was known or used by

1

others before the Plaintiff purports to have invented it.

## SECOND DEFENSE

The purported patent is invalid because the supposed invention has been abandoned.

## THIRD DEFENSE

The purported patent is invalid because the purported inventor did not himself invent the subject matter of the purported patent.

## FOURTH DEFENSE

The purported patent is invalid because the supposed invention was known or used by others before the Plaintiff purports to have invented it.

## FIFTH DEFENSE

The purported patent is invalid because the supposed invention is not novel or worthy of patent protection.

## DEMAND FOR JURY TRIAL

The above-named Defendant demands a trial by jury for all issues so triable.

I hereby certify that a copy of the foregoing was served by regular U.S. Mail this 9th day of August, 1999 upon Richard M. Blau, Holland & Knight, LLP, Post Office Box 1288, Tampa, Florida 33601-1288.

Jon D. Parrish, Esq.
Trial Counsel
Florida Bar No. 984329
Parrish & Moore, P.A.
2171 Pine Ridge Road, Suite D
Naples, Florida 34109
(941) 566-2013