UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION



2001 FEB 13 AM 2:57

SPEC MIX, INC.,

        Plaintiff,

vs.                   Case No. 2:99-cv-368-FTM-29D

SUPERMIX INDUSTRIES, INC.,

        Defendant.

---

### ORDER

The Agreed Motion to Extend Discovery Cutoff Date, Expert Disclosures Deadline, and Dispositive Motion Deadline (Doc. #24), filed December 8, 2000, is **GRANTED**. As this case has been reassigned to the undersigned, the parties will receive an Amended Case Management and Scheduling Order under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this _13th_ day of December, 2000.

                                  John E. Steele
                          JOHN E. STEELE
                          UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record
Diane Gosser, Courtroom Deputy